■ MARGUERITE L. TOOLE et al., Constituting the Monroe County Board of Elections, Respondents, v CITIZENS FOR A DECENT COMMUNITY, INC., Appellant.—Judgment unanimously affirmed, without costs. (Appeal from judgment of Supreme Court, Monroe County, DePasquale, J.—Election Law §§ 14-100, 14-126.) Present—Dillon, P. J., Boomer, Green, Balio and Lawton, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LARRY JENSEN, Appellant.—Judgment unanimously affirmed. Counsel's application to withdraw granted *(see, People v Crawford,* 71 AD2d 38). (Appeal from judgment of Monroe County Court, Maas, J.—robbery, third degree.) Present—Callahan, J. P., Doerr, Denman, Pine and Davis, JJ.